FILED
CLERK, U.S. DISTRICT COURT
MAR - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEWIS BAILEY, | NO. CV 05-8121-GHK (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| A.K. SCRIBNER, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 3/2/08

GEORGE H. KING
UNITED STATES DISTRICT JUDGE